1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  Attorneys for Defendant American Express Company
7

8  UNITED STATES DISTRICT COURT
9  DISTRICT OF NEVADA

10 PAUL INGRAHAM,                         Case No. 2:21-cv-01277

11              Plaintiff,

12 vs.                                    **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**

13 AMERICAN EXPRESS COMPANY,              **(FIRST REQUEST)**

14              Defendants.

15

16         Plaintiff Paul Ingraham ("Ingraham") and defendant American
17 Express Company ("Amex") stipulate that the deadline for Amex to respond to the
18 complaint (ECF No. 1) be extended from August 13, 2021 until September 13,
19 2021.  This is the first extension sought in connection with this deadline.
20
21
22
23
24

This extension is requested to permit the recently hired counsel for Amex sufficient time to investigate the allegations in the complaint and to discuss the possibility of settlement with Ingraham.

| KIND LAW | KAEMPFER CROWELL |
|---|---|
| /s/ Gerardo Avalos | |
| Michael Kind, No. 13903 | Robert McCoy, No. 9121 |
| 8860 South Maryland Parkway | Sihomara L. Graves, No. 13239 |
| Suite 106 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89135 |
| | |
| FREEDOM LAW FIRM | Attorneys for Defendant American |
| George Haines, No. 9411 | Express Company |
| Gerardo Avalos, No. 15171 | |
| 8985 S. Eastern Ave., Suite 350 | |
| Las Vegas, Nevada 89123 | |
| | |
| Attorney for Plaintiff Paul Ingraham | |

## ORDER

**IT IS SO ORDERED**

**DATED:** 4:03 pm, August 17, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**