1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
4  Facsimile: (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  Attorneys for Defendant American Express Company

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 PAUL INGRAHAM,                         Case No. 2:21-cv-01277-RFB-BNW

11         Plaintiff,

12 vs.                                    **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**

13 AMERICAN EXPRESS COMPANY,              **(SECOND REQUEST)**

14         Defendants.

15

16        Plaintiff Paul Ingraham ("Ingraham") and defendant American

17 Express Company ("Amex") stipulate that the deadline for Amex to respond to the

18 complaint (ECF No. 1) be extended from September 13, 2021 until October 14,

19 2021.  The parties previously stipulated to extend the deadline for Amex to

20 respond to the complaint on August 12, 2021 (ECF No. 5).

21        Since that time, the parties have engaged in good faith efforts to

22 resolve this matter without the need for further litigation. These discussions are

23 ongoing.

24

Thus, this extension is requested to permit the parties to discuss the possibility of settlement without incurring additional litigation expenses.

| FREEDOM LAW FIRM | KAEMPFER CROWELL |
|---|---|
| /s/ Gerardo Avalos | [signature] |
| George Haines, No. 9411 | Robert McCoy, No. 9121 |
| Gerardo Avalos, No. 15171 | Sihomara L. Graves, No. 13239 |
| 8985 S. Eastern Ave., Suite 350 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89135 |
| | |
| KIND LAW | Attorneys for Defendant American Express Company |
| Michael Kind, No. 13903 | |
| 8860 South Maryland Parkway | |
| Suite 106 | |
| Las Vegas, Nevada 89123 | |
| | |
| Attorney for Plaintiff Paul Ingraham | |

### Order

**IT IS SO ORDERED**

**DATED:** 10:13 am, September 10, 2021

[signature]

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**