George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Paul Ingraham*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Paul Ingraham,<br><br>Plaintiff(s),<br>v.<br><br>American Express,<br><br>Defendant(s). | Case No.: 2:21-cv-01277-RFB-BNW<br><br>**Notice of settlement between Plaintiff and American Express Company** |

The dispute between Paul Ingraham ("Plaintiff") and American Express Company ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: September 29, 2021.

**Order**
IT IS ORDERED that a stipulation to dismiss is due by 11/30/2021.

IT IS SO ORDERED
DATED: 2:55 pm, September 30, 2021

*[signature]*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

FREEDOM LAW FIRM

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Paul Ingraham*

NOTICE - 1 -