George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Paul Ingraham*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Paul Ingraham, | Case No.: 2:21-cv-01277-RFB-BNW |
| Plaintiff(s,) | **Stipulation of dismissal of American Express Company with prejudice** |
| v. | |
| American Express, | |
| Defendant(s.) | |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Paul Ingraham and American Express Company stipulate to dismiss Plaintiff's claims against American Express Company with prejudice.

///

///

///

STIPULATION                              - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 1, 2021.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Paul Ingraham*

**KAEMPFER CROWELL**

/s/ Sihomara Graves
Sihomara L. Graves
50 West Liberty Street, Suite 700
Reno, NV 89501-1949
*Counsel for American Express Company*

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 7th day of December, 2021.

STIPULATION                                                              - 2 -